IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:08-CR-43-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KUNTA KENTA REDD, | ) | |
| | ) | |
| Defendant. | ) | |

On July 8, 2009, this court sentenced Kunta Kenta Redd ("Redd") to 324 months' imprisonment for conspiracy to distribute and possess with the intent to distribute 50 grams or more of cocaine base (crack) and a quantity of cocaine, in violation of 21 U.S.C. § 846. See [D.E. 38, 47]. On June 24, 2010, the United States Court of Appeals for the Fourth Circuit affirmed Redd's conviction and dismissed his appeal concerning his sentence. See United States v. Redd, 384 F. App'x 279, 280–82 (4th Cir. 2010) (per curiam) (unpublished).

On May 15, 2014, Redd filed a motion for a reduction of his sentence under 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10(c). See [D.E. 75]. The government did not respond to Redd's motion.

Assuming without deciding that Redd is eligible for relief under section 3582(c) and U.S.S.G. § 1B1.10(c), the court declines to exercise its discretion to reduce his sentence. See United States v. Perez, 536 F. App'x 321, 321 (4th Cir. 2013) (per curiam) (unpublished); United States v. Smalls, 720 F.3d 193, 196–97 (4th Cir. 2013); United States v. Stewart, 595 F.3d 197, 200 (4th Cir. 2010). Redd is a recidivist drug dealer (PSR ¶ 12), who continued to deal drugs even when on pre-trial release in this case. See [D.E. 47] 31–32, 43–51. Moreover, Redd perjured himself at his sentencing hearing. See id. 62–64, 70. Having (again) reviewed the entire record, Redd received the sentence

that was sufficient but not greater than necessary under 18 U.S.C. § 3553(a). See, e.g., Perez, 536 F. App'x at 321; cf. [D.E. 47] 68–73.

In sum, Redd's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c) [D.E. 75] is DENIED.

SO ORDERED. This 8 day of August 2014.

JAMES C. DEVER III
Chief United States District Judge