IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:08-CR-43-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KUNTA KENTA REDD, | ) | |
| | ) | |
| Defendant. | ) | |

On April 4, 2016, Kunta Kenta Redd ("Redd") filed a motion "under Rule 44" for "a case

involving a constitutional question when the United States is not a party." [D.E. 94]. The motion

[D.E. 94] is baseless and is DENIED.

SO ORDERED. This _4_ day of April 2016.

JAMES C. DEVER III
Chief United States District Judge