IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:08-CR-43-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KUNTA KENTA REDD, | ) | |
| | ) | |
| Defendant. | ) | |

On December 27, 2016, Kunta Kenta Redd ("Redd") petitioned to "appeal under Rule 5" [D.E. 107]. According to Redd, he would "like to appeal my motion Rule 44 that was denied April 4, 2016." Id.; see [D.E. 108].

Redd's petitions to appeal [D.E. 107, 108] are DENIED as baseless. This order does not affect Redd's pending appeal. Cf. [D.E. 106]; Fed. R. App. P. 4(d).

SO ORDERED. This 28 day of December 2016.

JAMES C. DEVER III
Chief United States District Judge