IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:08-CR-43-D

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KUNTA KENTA REDD, )<br>)<br>Defendant. ) | **ORDER** |

On May 18, 2017, Kunta Kenta Redd ("Redd") filed a pro se motion to correct or reduce his sentence under Rule 35 of the Federal Rules of Criminal Procedure. See [D.E. 120]. On June 23, 2017, Redd filed a pro se motion to transfer his case for multidistrict litigation under 28 U.S.C. § 1407 and "Rule 6.2." See [D.E. 121].

Redd's motions [D.E. 120, 121] are DENIED as baseless.

SO ORDERED. This 28 day of June 2017.

JAMES C. DEVER III
Chief United States District Judge